# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:23-CR-0031-01 KGB

BRIAN COX

## ORDER

The Clerk is directed to unseal the Indictment in this case.

Dated this 21st day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE