## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:23−cr−00031−KGB**

**Brian Cox**                                                                                **Defendant**

_____

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for October 22, 2024, at 01:30 PM before Chief Judge Kristine G. Baker in Little Rock Courtroom # 4D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** October 1, 2024                          AT THE DIRECTION OF THE COURT
                                                   TAMMY H. DOWNS, CLERK


                                                   **By:**  Tracy M. Washington, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas